CONFIDENTIAL -- NOT FOR PUBLIC RELEASE

# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4124

_____

| | | |
|---|---|---|
| Michael D. Ashby, also known as Michael Y. Ashraf, | * * * | |
| Appellant, | * * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Frank Woods; Jim Zellmer; Dennis Benson; Eric Skon; Tim Lanz; Virginia Levasseur, | * * * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: November 4, 1998
Filed: November 16, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD
     ARNOLD, Circuit Judges.

_____

PER CURIAM.

Michael Ashby, a Minnesota inmate currently incarcerated at a Florida facility pursuant to an Interstate Corrections Compact, Minn. Stat. § 241.28-.30 (1992), appeals the District Court's[1] adverse grant of summary judgment in his 42 U.S.C.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable

§ 1983 lawsuit. After carefully reviewing the record and the parties' submissions, we affirm the judgment of the District Court for the reasons set forth in the magistrate judge's thorough report and recommendation adopted by the District Court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.